**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
LAMAR MYERS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS CENTER PARTNERS LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:25-cv-00011-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff LAMAR MYERS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1 | None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2 | summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3 | Court.

5 | DATED:  October 6, 2025          **SO. CAL. EQUAL ACCESS GROUP**

By:   */s/   Jason J. Kim*
   Jason J. Kim, Esq.
   Attorneys for Plaintiff