SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LAMAR MYERS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS CENTER PARTNERS LLC; and DOES 1 to 10, <br><br> Defendants. | Case No.: 2:25-cv-00011-PD <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LAMAR MYERS ("Plaintiff") and Defendant DOUGLAS CENTER PARTNERS LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\
\\
\\

Respectfully submitted,

DATED: October 6, 2025   SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: October 6, 2025   PERETZ & ASSOCIATES

By: */s/ David Garibaldi*
David Garibaldi, Esq.
Attorneys for Defendant
DOUGLAS CENTER PARTNERS LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 6, 2025   By: */s/ Jason J. Kim*
Jason J. Kim